IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY SCOTT, | ) | CASE NO. 2:11-CV-588 |
| | ) | |
| Plaintiff, | ) | JUDGE MARBLEY |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLIED WASTE SYSTEMS, INC. | ) | |
| d/b/a ALLIED WASTE SERVICES OF | ) | |
| BELLEFONTAINE, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 41(a)(1)(A) STIPULATED VOLUNTARY DISMISSAL OF ACTION *WITH PREJUDICE* TO FUTURE ACTIONS.

Now comes Plaintiff Jeffrey Scott and Defendant Allied Waste Systems, Inc., d/b/a Allied Waste Services of Bellefontaine (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure who hereby agree and stipulate that the above-captioned action and all claims referenced in Plaintiff's Complaint are hereby forever terminated and dismissed *with prejudice* as to future action. Each party will bear its own costs, expenses, and attorneys' fees as referenced in the Parties' Settlement Agreement.

APPROVED AND AGREED TO:

s/ John D. Bodin (via e-mail consent)
John D. Bodin (0076356)
THOMPSON, DUNLAP & HEYDINGER
1111 Rush Avenue
P.O. Box 68
Bellefontaine, Ohio 43311
Phone: (937) 593-6065
Fax:    (937) 593-9978
Email:  jbodin@tdhlaw.com
*Counsel for Plaintiff*

/s/ Richard A. Millisor
Richard A. Millisor, Esq. (0062883), Trial Counsel
Michael A. Jackson, Esq. (0085535)
FISHER & PHILLIPS LLP
9150 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3599
Phone: (440) 838-8800
Fax:    (440) 838-8805
Email:  rmillisor@laborlawyers.com
        mjackson@laborlawyers.com
*Counsel for Defendant*

IT IS SO ORDERED.

JUDGE MARBLEY